

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00796-CV

William W. **RUTH**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16965
Honorable Roy B. Ferguson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant William W. Ruth.

SIGNED June 20, 2024.

_____
Irene Rios, Justice